AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

JENNIFER J.,

    Plaintiff

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:24-cv-00018-PK

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g)

June 25, 2024
*Date*

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge